UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:07-CR-57-F
No. 4:11-CV-192-F

| | |
|---|---|
| HENRY LAMONT REID,<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | ORDER |

Petitioner, Henry Lamont Reid has obtained two extensions of time [DE-121, DE-123] within which to file his response in opposition to the Government's motion to dismiss or for summary judgment [DE-116]. Reid's response was due on or before on or before **April 30, 2012**. To date, Reid has filed neither a response nor another extension of time within which to do so.

The court has reviewed Reid's § 2255 motion [DE-112] and the Government's motion seeking dismissal thereof. Reid having failed to respond to the Government's motion despite obtaining two extensions of time within which to do so, the court hereby ALLOWS the motion to dismiss or for summary judgment [DE-116] as unopposed. This action is DISMISSED and the Clerk of Court is DIRECTED to close the case.

There having been no ground presented that could support a certificate of appealability, the court finds that no grounds exist and therefore DECLINES to issue such certificate.

SO ORDERED.

This, the 15th day of May, 2012.

JAMES C. FOX
Senior United States District Judge